```
GENE DARRALL BRUNETTE            NATIONSTAR
KATHLEEN ANN BRUNETTE            350 HIGHLAND
18096 GREEN LEAVES DR            HOUSTON, TX 77067
GULFPORT, MS 39503



THOMAS C. ROLLINS, JR.           WELLS FARGO BANK NA
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   PO BOX 393
JACKSON, MS 39236                MINNEAPOLIS, MN 55480



BUILDING TRADES FCU
12080 73RD AVE NORTH
MAPLE GROVE, MN 55369



CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850



CITIBANK
ATTN: BANKRUPTCY DEPT
P.O.BOX 790046
ST. LOUIS, MO 63179



ELAN FIN SVCS
ATTN: BNAKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN 55402



FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103



GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176



MEMORIAL HOSPITAL
PO BOX 15579
HATTIESBURG, MS 39404
```