Certificate Number: 12433-MSS-DE-040362510

Bankruptcy Case Number: 25-51666



12433-MSS-DE-040362510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2025, at 2:21 o'clock PM CST, Gene D. Brunette completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: December 1, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher