Certificate Number: 12433-MSS-DE-040351098

Bankruptcy Case Number: 25-51666



12433-MSS-DE-040351098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2025</u>, at <u>8:38</u> o'clock <u>PM CST</u>, <u>Kathleen A. Brunette</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>November 25, 2025</u>          By:    <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>